AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

| | | |
|---|---|---|
| Klug Brothers, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   5:22-cv-130 |
| A. Folino Construction, Inc. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other:   Plaintiff/Counterclaim Defendant Klug Brothers, Inc.'s ("plaintiff") Renewed Motion for Summary Judgment is GRANTED. The Clerk ENTERS judgment in plaintiff's favor in the amount of One Hundred Seventy Thousand Four Hundred Forty-Nine and 66/100 Dollars ($170,449.66). This matter is STRICKEN form the active docket of this Court.

This action was *(check one)*:

☒ decided by Judge   John Preston Bailey

Date:   12/08/2023

Cheryl Dean Riley
*CLERK OF COURT*

/s/ A. Greenidge

*Signature of Clerk or Deputy Clerk*