FILED: January 8, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1034
(5:22-cv-00130-JPB-JPM)

_____

KLUG BROTHERS, INC.

 Plaintiff - Appellee

v.

A. FOLINO CONSTRUCTION, INC.

 Defendant - Appellant

_____

M A N D A T E

_____

The judgment of this court, entered December 17, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

 */s/Nwamaka Anowi, Clerk*